**IN THE SUPREME COURT OF THE STATE OF DELAWARE**

| | | |
|---|---|---|
| ADWOA AGYEMAN, | § | |
| | § | |
| Plaintiff-Below, | § | |
| Appellant, | § | No. 265, 2024 |
| | § | |
| v. | § | |
| | § | Court Below: Superior Court |
| EPIC-AFRICA FOUNDATION, | § | of the State of Delaware |
| and ROSE MARURU, | § | C.A. No.: N23C-04-192 |
| | § | |
| Defendants-Below, | § | |
| Appellees. | § | |

Submitted: January 15, 2025
Decided: January 16, 2025

Before **SEITZ**, Chief Justice; **VALIHURA** and **LEGROW**, Justices.

# **O R D E R**

This 16th day of January, 2025, after careful consideration of the parties' briefs and the record below, we find it evident that the judgment of the Superior Court should be affirmed on the basis of and for the reasons stated in the May 22, 2024 Memorandum Opinion and the June 10, 2024 Letter Opinion.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Abigail M. LeGrow*
Justice